# United States District Court

WESTERN DISTRICT OF WASHINGTON

MONDO VALDEZ

v.

WASHINGTON STATE PENITENTIARY
(ADMINISTRATION FROM 2005-2006), et al..

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C10-5407BHS

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

(1) The Report and Recommendation is **ADOPTED**;

(2) Plaintiff's complaint is **DISMISSED without prejudice** for failure to state a claim as a matter of law under 42 U.S.C. § 1983; and

(3) This dismissal is counted as a **STRIKE** pursuant to 28 U.S.C. § 1915(g).


November 15, 2010                                         BRUCE RIFKIN
Date                                                      Clerk


                                                          *s/CM Gonzalez*
                                                          Deputy Clerk